**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 520 MAL 2017

               Respondent                     :

                                    :    Petition for Allowance of Appeal from

                                    :    the Order of the Superior Court

            v.                         :

                                    :

                                    :

BRAD ALLEN MOYER,                 :

                                    :

              Petitioner                  :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 8th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.